**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Absolute Textile, Inc., | Case No. **CV 07-2222-JFW (AGRx)** |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| Bonita Fabrics, Inc., et al., | |
| Defendants. | |

   THE COURT has been advised by counsel for Third Party Bonita Fabrics and Third Party Defendant Seoul Textprint, Inc. that this action has been settled, or is in the process of being settled.

   IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within **90 days**, to re-open the action if settlement is not consummated.  During this 90 day period, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

(Rev. 2/15/08)

In the event a motion or *ex parte* application to re-open is not filed within 90 days, the dismissal of this action will be with prejudice.

Dated: **March 11, 2008**

                                          JOHN F. WALTER
                                        United States District Judge

(Rev. 2/15/08)                 2